UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

LICKERISH, LTD., WILLY CAMDEN,
STEPHAN WURTH, CHRISTOPHER LANE,
DAMEA DORSEY, ZACH RAMSEY and
JOEY WRIGHT,

        Plaintiffs,

v.

GUNAXIN MEDIA LLC,
1609 Highbridge Court
Hanover, Maryland 21076

<u>Serve on Resident Agent</u>:
Phillip Van Der Dossen
1609 Highbridge Court
Hanover, Maryland 21076

        Defendant.

Case No. 1:18-cv-3462

JURY TRIAL DEMANDED

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiffs LICKERISH, LTD., WILLY CAMDEN, STEPHAN WURTH, CHRISTOPHER LANE, DAMEA DORSEY, ZACH RAMSEY and JOEY WRIGHT, by and through undersigned counsel, bring this Complaint against Defendant GUNAXIN MEDIA LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiffs bring this action for violations of their exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy, display and distribute Plaintiffs' original copyrighted works of authorship.

2.    Defendant GUNAXIN MEDIA LLC ("GMLLC") is an online magazine that targets men focusing primarily on sports, humor, media, motors, gadgets, food, and travel.

3. Plaintiffs allege that GMLLC copied Plaintiffs' copyrighted Works from the internet in order to advertise, market and promote its business activities. GMLLC committed the violations alleged in connection with GMLLC's business for purposes of advertising and promoting sales to the public in the course and scope of GMLLC's business.

## JURISDICTION AND VENUE

4. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

5. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

6. Defendant is subject to personal jurisdiction in Maryland.

7. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## PARTIES

8. LICKERISH, LTD. ("Lickerish") is a high quality photographic syndication company that provides images to communication business. Through its extensive library of pictures of celebrities and models taken by internationally renowned photographers, Lickerish has developed a large worldwide clientele.

9. WILLY CAMDEN ("Camden") is a photographer whose works are syndicated by Lickerish. Camden is an international photographer with many years in the photography business. He started his career assisting Mario Testino and Ellen Von Unwerth and over the course of 20 years developed his own unique and unmistakable style. Camden's work has been featured everywhere from GQ to Vogue to Photo Magazine. Camden has shot some of the world's most beautiful and successful women, created innovative and colorful advertising

campaigns for many clients, including Elizabeth Arden, Hugo Boss and Esprit, and continues to work with top ad agencies such as Saatchi and Saatchi, TBWA and BBH.

10. STEPHAN WURTH ("Wurth") is a photographer whose works are syndicated by Lickerish. Wurth is a photographer originally from Germany who grew up between Munich, Texas and California. He discovered photography at the age of 14 during a family vacation to Spain. In 2000, he enrolled in the Art Institute of Fort Lauderdale to study photography. After graduating, he became a full-time photographer. Wurth's work has been featured in Vogue, The New York Times, Porter Magazine, GQ, Playboy, Esquire, Galore Magazine, Treats Magazine and Sports Illustrated Swimsuit Edition among others. His clients have included Levi's, Bonobos, Virgin Atlantic, A Pea in the Pod and he has photographed celebrities including Serena Williams, Venus Williams, Pharrell Williams, Alison Brie, Maria Sharapova, Ivanka Trump, Kelly Rutherford and Andy Cohen. In 2011, Wurth released his first book "Ghost Town" and followed that up with "Ikinga."

11. CHRISTOPHER LANE ("Lane") is a photographer whose works are syndicated by Lickerish. Lane is an English born photographer who is based in New York and specializes in documentary and portrait photography. He has a unique style, which offers up new perspectives on visualizing our culture. Lane is recognized for his personal work and was among the Emerging Photographer for the Magenta Foundation and awarded ADC Young Gun. Lane's work has been shown at the National Portrait Gallery on three separate occasions, and has been featured in AAR Magazine, ESPN Magazine, Fortune Magazine, London Times, Mens Fitness Magazine, New York Times Magazine, the Washingtonian and more. His clients include Associated Press, CB Richard Ellis, L'Oréal, Microsoft, Nike, Red Bull, Sony, Pfizer, among others.

12. DAMEA DORSEY ("Dorsey") is a photographer whose works are syndicated by APIX and Lickerish. Dorsey is a renowned photographer from California who is now based in Bali. Dorsey has a knack for shooting water imagery in the ocean and has traveled the globe time and time again shooting notable surfing professionals. His photos have appeared in and on the covers of many major international surfing publications such as Transworld Surf, Surfer, Surfing, Australian Surfing Life, Waves and many more. Dorsey's clients include Red Bull, Hurley, Volcom, Billabong, Quiksilver, Rip Curl and the like.

13. ZACH RAMSEY ("Ramsey") is a photographer whose works are syndicated by APIX and Lickerish. Ramsey is an internationally known photographer residing in Miami Beach, Florida. His clients include KO Watches, Lauren Cecchi, Aruna Seth, FHM Mens Health Magazine, New York Post, Lifestyle for Men Magazine, Zoo Magazine and more.

14. JOEY WRIGHT ("Wright") is a photographer whose works are syndicated by APIX and Lickerish. Wright is a distinguished Miami-based swimwear and lifestyle photographer. His work, primarily trademarked by its tastefully alluring and meticulously detailed quality, always reflects his easy-going approach balanced by a perfectionist nature. Wright earned first place in the 2014 Edge Shave Gel – Sports Illustrated Swimsuit Edition "Dream Job" contest. He has been featured on SI.com, "Light It" Digital Magazine, Fstoppers.com, The Art of Unpredictability and The New York Times and his clients include Montce Swimwear, Ravish Sands Swimwear, Noelle Swimwear, Beach Gal Swimwear, Ford Models, Next Model Management, Atlanta Falcons Cheerleaders, the Seminole Hard Rock Hotel & Casino, and others.

15. Gunaxin Media LLC is a Maryland limited liability company with its principal place of business at 1609 Highbridge Court, Hanover, Maryland, 21076, and can be served by serving its Registered Agent, Philip Van Der Vossen at the same address.

# THE COPYRIGHTED WORKS AT ISSUE

16.  The 29 photographs which are the subject of this matter are listed and shown in Exhibit 1 hereto and are referred to herein as the "Works".

17.  The Works were registered with the Copyright Office as shown in the table below. The Certificates of Registration are attached hereto as Exhibit 2.

|  | **Photo Title** | **Registration Number** | **Registration Date** |
|---|---|---|---|
| 1 | Anna_Kournikova_012.jpg | VA 1-979-864 | 06 Aug 2015 |
| 2 | 3Y4O0063 | VA 2-046-371 | 10 May 2017 |
| 3 | 3Y4O0102 | VA 2-046-371 | 10 May 2017 |
| 4 | 680 | VA 2-046-371 | 10 May 2017 |
| 5 | 3Y4O0125 | VA 2-046-371 | 10 May 2017 |
| 6 | DD_20081203_Hawaii_0690 | VA 2-046-371 | 10 May 2017 |
| 7 | IMG_9688 | VA 2-048-407 | 19 Apr 2017 |
| 8 | AS01-005-001.jpg | VA 2-044-629 | 03 May 2017 |
| 9 | AS01-005-003.jpg | VA 2-044-629 | 03 May 2017 |
| 10 | AS01-005-004.jpg | VA 2-044-629 | 03 May 2017 |
| 11 | AS01-005-005.jpg | VA 2-044-629 | 03 May 2017 |
| 12 | AS01-005-007.jpg | VA 2-044-629 | 03 May 2017 |
| 13 | AS01-005-009.jpg | VA 2-044-629 | 03 May 2017 |
| 14 | AS01-005-010.jpg | VA 2-044-629 | 03 May 2017 |
| 15 | AS01-005-011.jpg | VA 2-044-629 | 03 May 2017 |
| 16 | AS01-005-012.jpg | VA 2-044-629 | 03 May 2017 |
| 17 | AS01-005-013.jpg | VA 2-044-626 | 03 May 2017 |
| 18 | AS01-005-014.jpg | VA 2-044-626 | 03 May 2017 |

|    | **Photo Title**         | **Registration Number** | **Registration Date** |
|----|-------------------------|-------------------------|------------------------|
| 19 | Brooke_Burke_(7).jpg    | VA 2-020-374            | 13 Sept 2016           |
| 20 | Carmen_Electra_(31).jpg | VA 1-823-031            | 26 Jun 2012            |
| 21 | Carmen_Electra_(33).jpg | VA 1-823-031            | 26 Jun 2012            |
| 22 | CL-MK-12001015.jpg      | VA 1-833-167            | 28 Jun 2012            |
| 23 | CLOSE_G.jpg             | VA 1-823-023            | 18 Jun 2012            |
| 24 | image010.jpg            | VA 1-823-023            | 19 Jun 2012            |
| 25 | mila_7-0108.jpg         | VA 1-833-167            | 29 Jun 2012            |
| 26 | Mila_Kunis_002.jpg      | VA 1-833-167            | 29 Jun 2012            |
| 27 | Mila_Kunis_006.jpg      | VA 1-833-167            | 29 Jun 2012            |
| 28 | Mila_Kunis_012.jpg      | VA 1-833-167            | 29 Jun 2012            |
| 29 | Mila_Kunis_017.jpg      | VA 1-833-167            | 29 Jun 2012            |

18. At all relevant times the plaintiffs were the owners and/or exclusive rights holders of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

19. GMLLC has never been licensed to use the Works at issue in this action for any purpose.

20. On a date after the Works at issue in this action were created, but before the filing of this action, GMLLC copied the Works.

21. GMLLC copied the Works without Plaintiffs' permission.

22. After GMLLC copied the Works, it made further copies and distributed and displayed the Works on the internet to promote the sale of goods and services as part of its online magazine.

23. GMLLC copied, displayed and distributed the Works in connection with GMLLC's business for purposes of advertising and promoting GMLLC's business, and in the course and scope of advertising and selling products and services.

24. The Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25. GMLLC committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

26. Plaintiffs never gave GMLLC permission or authority to copy, distribute or display the Works at issue in this case.

27. Plaintiffs notified GMLLC of the allegations set forth herein on February 1, 2018 and March 29, 2018.  To date, GMLLC has failed to respond to Plaintiffs' Notices.  Copies of the Notices to GMLLC are attached hereto as Exhibit 4.

## COUNT I
## COPYRIGHT INFRINGEMENT

28. Plaintiffs incorporate the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. Plaintiffs own valid copyrights in the Works at issue in this case.

30. Plaintiffs either registered the Works or applied for registration of the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. GMLLC copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

32. GMLLC performed the acts alleged in the course and scope of its business activities.

33. Plaintiffs have been damaged.

34. The harm caused to Plaintiffs has been irreparable.

WHEREFORE, the Plaintiffs pray for judgment against the Defendant GMLLC that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiffs their actual damages and Defendant's profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiffs be awarded such other and further relief as the Court deems just and proper.

>Respectfully submitted,
>
>STRAVITZ LAW FIRM, PC
>
>By:  /s/ Eric N. Stravitz
>Eric N. Stravitz (Bar No. 23610)
>4300 Forbes Boulevard
>Suite 100
>Lanham, MD 20706
>O:  (240) 467-5741
>F:  (240) 467-5743
>E:  eric@stravitzlawfirm.com
>*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

>s/ Eric N. Stravitz
>Eric N. Stravitz (Bar No. 23610)