# Exhibit

# 1

| | **Photo Title** | **Photographer** | **Photograph** |
|---|---|---|---|
| 1 | Anna_Kournikova_012.jpg | Stephan Wurth |  |

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 2 | 3Y4O0063 | Damea Dorsey |  |

Exhibit 1 Page 2

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 3 | 3Y4O0102 | Damea Dorsey |  |

Exhibit 1 Page 3

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 4 | 680 | Damea Dorsey |  |
| 5 | 3Y4O0125 | Damea Dorsey |  |

Exhibit 1 Page 4

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 6 | DD_20081203_Hawaii_0690 | Damea Dorsey |  |
| 7 | IMG_9688 | Zach Ramsey |  |

Exhibit 1 Page 5

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 8 | AS01-005-001.jpg | Joey Wright |  |

Exhibit 1 Page 6

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 9 | AS01-005-003.jpg | Joey Wright |  |

Exhibit 1 Page 7

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 10 | AS01-005-004.jpg | Joey Wright |  |

Exhibit 1 Page 8

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 11 | AS01-005-005.jpg | Joey Wright |  |

Exhibit 1 Page 9

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 12 | AS01-005-007.jpg | Joey Wright |  |

Exhibit 1 Page 10

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 13 | AS01-005-009.jpg | Joey Wright |  |

Exhibit 1 Page 11

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 14 | AS01-005-010.jpg | Joey Wright |  |

Exhibit 1 Page 12

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 15 | AS01-005-011.jpg | Joey Wright |  |
| 16 | AS01-005-012.jpg | Joey Wright |  |

Exhibit 1 Page 13

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 17 | AS01-005-013.jpg | Joey Wright |  |

Exhibit 1 Page 14

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 18 | AS01-005-014.jpg | Joey Wright |  |

Exhibit 1 Page 15

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 19 | rooke_Burke_(7).jpg | Willy Camden |  |

Exhibit 1 Page 16

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 20 | Carmen_Electra_(31).jpg | Willy Camden |  |

Exhibit 1 Page 17

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 21 | Carmen_Electra_(33).jpg | Willy Camden |  |

Exhibit 1 Page 18

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 22 | CL-MK-12001015.jpg | Christopher Lane |  |

Exhibit 1 Page 19

|  | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 23 | CLOSE_G.jpg | Willy Camden |  |

Exhibit 1 Page 20

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 24 | image010.jpg | Willy Camden |  |

Exhibit 1 Page 21

|   | **Photo Title** | **Photographer** | **Photograph** |
|---|---|---|---|
| 25 | mila_7-0108.jpg | Christopher Lane |  |

Exhibit 1 Page 22

|  | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 26 | Mila_Kunis_002.jpg | Christopher Lane |  |

Exhibit 1 Page 23

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 27 | Mila_Kunis_006.jpg | Christopher Lane |  |

Exhibit 1 Page 24

|  | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 28 | Mila_Kunis_012.jpg | Christopher Lane |  |

Exhibit 1 Page 25

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 29 | Mila_Kunis_017.jpg | Christopher Lane |  |

Exhibit 1 Page 26