# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-823-023

**Effective date of registration:**

June 19, 2012

## Title

**Title of Work:** Willy Camden, GRPPH, 10 Published Photos of Katherine Heigl, June 2000 Issue of Maxim

**Contents Titles:** COVER
CLOSE D
CLOSE E
CLOSE G
CLOSE H
CLOSE J
image001
image002
image004
image010

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** June 10, 2000     **Nation of 1st Publication:** United States

## Author

- **Author:** Nigel Eric Williams
  **Pseudonym:** Willy Camden
  **Author Created:** photograph(s)
  **Work made for hire:** No
  **Citizen of:** United Kingdom     **Domiciled in:** United States
  **Year Born:** 1962
  **Pseudonymous:** Yes

## Copyright claimant

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-823-031**

**Effective date of registration:**

June 26, 2012

## Title

**Title of Work:** Willy Camden, GRPPH, 27 Published Photos of Carmen Electra for 2004 Calendar

**Contents Titles:** Carmen Electra
Carmen Electra (1)
Carmen Electra (2)
Carmen Electra (3)
Carmen Electra (4)
Carmen Electra (5)
Carmen Electra (6)
Carmen Electra (7)
Carmen Electra (8)
Carmen Electra (9)
Carmen Electra (10)
Carmen Electra (11)
Carmen Electra (12)
Carmen Electra (13)
Carmen Electra (14)
Carmen Electra (15)
Carmen Electra (16)
Carmen Electra (17)
Carmen Electra (18)
Carmen Electra (19)
Carmen Electra (20)
Carmen Electra (21)
Carmen Electra (22)
Carmen Electra (33)
Carmen Electra (34)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-833-167**

Effective date of registration:

June 29, 2012

## Title

**Title of Work:** Christopher J Lane, GRPPH, 102 Published Photos of Mila Kunis in Los Angeles, Approx. December 12, 2005

**Contents Titles:** Mila Kunis 001, Mila Kunis 002, Mila Kunis 003, Mila Kunis 004, Mila Kunis 005, Mila Kunis 006, Mila Kunis 007, Mila Kunis 008, Mila Kunis 009, Mila Kunis 010, Mila Kunis 011, Mila Kunis 012, Mila Kunis 013, Mila Kunis 014, Mila Kunis 015, Mila Kunis 016, Mila Kunis 017
mila ftp, mila ftp2, mila_1-0037, mila_1-0049, mila_1-0056, mila_1-0059, mila_1-0060, mila_1-0064, mila_1-0090
mila_2-0002, mila_2-0013, mila_2-0070, mila_2-0071, mila_2-0091, mila_2-0096, mila_2-0098, mila_2-0110, mila_2-0115, mila_2-0117, mila_2-0121
mila_3-0008, mila_3-0009, mila_3-0011, mila_3-0021, mila_3-0025, mila_3-0028, mila_3-0031, mila_3-0040, mila_3-0149, mila_3-0190, mila_3-0191
mila_4-0005, mila_4-0009, mila_4-0016, mila_4-0028, mila_4-0063, mila_4-0067, mila_4-0080, mila_4-0083, mila_4-0088, mila_4-0102, mila_4-0106, mila_4-0111, mila_4-0112, mila_4-0121, mila_4-0124
mila_5-00029, mila_5-00030, mila_5-00044, mila_5-00057, mila_5-00058, mila_5-00064, mila_5-00070, mila_5-00089, mila_5-00090, mila_5-00091, mila_5-00093, mila_5-00099, mila_5-00103, mila_5-00104
mila_6-00005, mila_6-00014, mila_6-00018, mila_6-00020, mila_6-00029, mila_6-00031, mila_6-00033
mila_7-0003, mila_7-0031, mila_7-0033, mila_7-0048, mila_7-0049, mila_7-0055, mila_7-0056, mila_7-0057, mila_7-0067, mila_7-0070, mila_7-0075, mila_7-0086, mila_7-0096, mila_7-0099, mila_7-0100, mila_7-0104, mila_7-0105, mila_7-0108

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005        **Nation of 1st Publication:** United States

## Author

- **Author:** Christopher J Lane
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United Kingdom                **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Christopher J Lane
The Lookout, Boode Road, Braunton, EX33 2NW, United Kingdom

## Rights and Permissions

**Organization Name:** Lickerish Ltd.
**Name:** Emma Carlsen
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +44-020-7323 199
00 0000 0000
**Address:** 40-42 Riding House Street
London, W1W 7ET United Kingdom

## Certification

**Name:** Joe G. Naylor
**Date:** June 29, 2012
**Applicant's Tracking Number:** C1038



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-979-864**

**Effective Date of Registration:**
August 06, 2015

## Title

**Title of Work:** Group Registration Photos, ANNA KOURNIKOVA, Published approx. Aug. 10, 2008; 10 photos.

**Content Title:** Anna_Kournikova_001, Anna_Kournikova_013, Anna_Kournikova_014, Anna_Kournikova_008, Anna_Kournikova_007, Anna_Kournikova_006, Anna_Kournikova_005, Anna_Kournikova_004, Anna_Kournikova_003 (published August 10, 2008); Anna_Kournikova_012 (published approx. August 10, 2008).

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** August 10, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** STEPHAN WURTH
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** STEPHAN WURTH
STEPHAN WURTH PHOTOGRAPHY INC, 666 GREENWICH STREET #705, NEW YORK, NEW YORK 10014, United States

## Rights and Permissions

**Organization Name:** Lickerish, Ltd.
**Name:** Emma Carlsen
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 40-42 Riding House Street

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-020-374**

**Effective Date of Registration:**
September 13, 2016

## Title

        **Title of Work:** Group Registration Photos, BROOKE BURKE, Published approx. Dec. 10, 2003; 8 photos.

        **Content Title:** Brooke_Burke, Brooke_Burke_(7), Brooke_Burke_(6), Brooke_Burke_(5), Brooke_Burke_(4), Brooke_Burke_(3), Brooke_Burke_(2), Brooke_Burke_(1) (published approx. December 10, 2003).

## Completion/Publication

        **Year of Completion:** 2003
        **Date of 1st Publication:** December 10, 2003
        **Nation of 1st Publication:** United States

## Author

        • **Author:** NIGEL WILLIAMS
        **Pseudonym:** WILLY CAMDEN
        **Author Created:** photograph
        **Work made for hire:** No
        **Citizen of:** United Kingdom
        **Domiciled in:** United States
        **Year Born:** 1962
        **Pseudonymous:** Yes

## Copyright Claimant

        **Copyright Claimant:** NIGEL WILLIAMS
        30733 rue valois, palos verdes, CA 90275, United States

## Rights and Permissions

        **Organization Name:** Lickerish, Ltd.
        **Name:** Emma Carlsen
        **Email:** emma.carlsen@lickerishltd.com
        **Telephone:** +4402073232009
        **Address:** 40-42 Riding House Street

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-044-626**

Effective Date of Registration:
May 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, CHARLOTTE MCKINNEY BY JOEY WRIGHT BEACH 2, Published approx. Mar. 25, 2014; 5 photos. |
| **Content Title:** | AS01-005-017, AS01-005-016, AS01-005-015, AS01-005-014, AS01-005-013 (published approx. March 25, 2014). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 25, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | JOEY WRIGHT |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | JOEY WRIGHT<br>425N ANDREWS AVE APT 302, FORT LAUDERDALE FLORIDA 33301, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | APIX SYNDICATION |
| | APRIL |
| **Email:** | april@apixsyndication.com |
| **Telephone:** | +442073232009 |
| **Address:** | PO BOX 35<br>SOUTH YARRA 3141 VICTORIA  Australia |

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-044-629**

**Effective Date of Registration:**
May 03, 2017

## Title

**Title of Work:** Group Registration Photos, CHARLOTTE MCKINNEY BEACH, Published approx. May 21, 2013; 12 photos.

**Content Title:** AS01-005-012, AS01-005-011, AS01-005-010, AS01-005-009, AS01-005-008, AS01-005-007, AS01-005-006, AS01-005-005, AS01-005-004, AS01-005-003, AS01-005-002, AS01-005-001 (published approx. May 21, 2013).

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** JOEY WRIGHT
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** JOEY WRIGHT
425N ANDREWS AVE APT 302, FORT LAUDERDALE FLORIDA 33301, United States

## Rights and Permissions

**Organization Name:** APIX SYNDICATION
APRIL
**Email:** april@apixsyndication.com
**Telephone:** +442073232009
**Address:** PO BOX 35
SOUTH YARRA 3141 VICTORIA  Australia