# Exhibit

# 3









15 of 20 images

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 13:56:02



11 of 20 images








©Damea Dorsey
Photography

12 of 20 images

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 13:55:42

Charlotte McKinney : Rising...

girls.gunaxin.com/charlotte-mckinney-rising-star/179822

Search



77 of 81 images

Modified: 03 Nov 2016  Screenshot





3 of 21 images

Modified: 06 Jul 2017   Screenshot: 06 Jul 2017 14:27:36

GUNAXIN    SPORTS    HUMOR    MED

After her photo shoot with Terry Ri
the next Kate Upton. That may be
that we tend to appreciate. We'll
career is headed, and we offer up



5 of 21 images

Sexy Stars and
Stripes Forever

INKS

Welcome
Summer with
Bikini Girls!

Amberleigh
West : What a
Girl Wants

RANDOM

Modified: 06 Jul 2017  Screenshot: 06 Jul 2017 14:54:13



7 of 21 images



9 of 21 images



7 of 21 images



8 of 21 images

girls.gunaxin.com/charlotte-mckinney-rising-star/179822/gallery/page...

Case 1.18-cv-03462-GLR   Document 1-3   Filed 11/08/18   Page 16 of 59



5 of 21 images





6 of 21 images

girls.gunaxin.com/charlotte-mckinney-rising-star/179822



17 of 21 images



14 of 21 images

Modified: 06 Jul 2017  Screenshot: 06 Jul 2017 14:28:31



1 of 20 images



2 of 20 images

GUN. **Save** SPORTS   HUMOR   MEDIA   MOTORS   GADGETS

GRUB   TRAVEL



### 3. Angelina Jolie – Maleficent



## RECENT


**Sexy Girls of Marijuana Day!**


**Sexy Easter with Kate Upton and Doutzen Kroes**

## LINKS


**What a Beautiful Girl Wants: Noel Leon**


**45 Insta-Hot Pics of Ashley Ortiz**

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 08:56:45  Display Size: 590x465px









RECENT



I finally got around to seeing writer/dire
the weekend. It's dark, creepy, sexy an
to delve into an in-depth discussion abo
but let's face facts. The main reason wh
this flick out is the full-on lesbian action
Portman and Mila Kunis. It's tremendous
both young actresses for having the guts
beautiful. So, why not celebrate their b

Sexy Girls of
Marijuana Day!

Sexy Easter
with Kate Upton
and Doutzen
Kroes

LINKS

What a
Beautiful Girl
Wants: Noel
Leon




4 of 21 images

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 09:47:51





GUNAXIN    SPORTS    HUMOR    MEDIA    MOTORS    GADGETS    GRUB    TRAVEL

## 1. Katherine Heigl

Heigl started at age nine as a model before breaking into films in smaller roles. Her real breakthrough, however, was her role on the teen cult hit **Roswell**. It introduced her to a younger audience and got her noticed in Hollywood circles. After Roswell was cancelled, she took a role on the uber-popular medical drama **Grey's Anatomy**. In a weird twist, her characters on **Roswell** and Grey's both are named Isabel (although spelled differently). Heigl won a Emmy last year for her work on Grey's and also broke out in movies with her role in the Apatow helmed comedy **Knocked Up**. Her choice for number one on this list may be a bit boring due to the



fact she's already sewing the seeds of a Hollywood breakout. However, she can't be ignored and seems primed to become a major star very soon (and she's nearly already there).

**Major Television Roles: Roswell**, Isabel Evans (1999-2002); **Grey's Anatomy**, Dr. Isobel 'Izzie' Stevens (2005-present)

**Select Filmography:** In addition to **Knocked Up**, Heigl starred this year in the modest hit **27 Dresses**. She also starred in **The Ringer**, a Johnny Knoxville comedy about pretending to be retarded that has a surprising amount of heart to it.

**Upcoming Project: The Ugly Truth**, where Heigl stars as a romantically challenged morning show producer who gets caught up in a series of outrageous tests by her chauvinistic correspondent, played by Gerard Butler.

## RECENT


**Ten Odd Celebrity Cameos in Movies**


**Ten Cool Songs About the Cold**

## LINKS


**Karen Gillan's Controversial 'Jumanji' Costume Explained**


**Animaniacs & Pinky and the Brain Reboots**



169 of 176 images

brooke_burke-19.jpg (482×60 ×

ⓘ www.gunaxin.com/wp-content/uploads/gallery/brooke-burke/brooke_burke-19.jpg



Modified: 12 Jul 2014  Screenshot: 18 Oct 2016 16:02:45







©Damea Dorsey
Photography

Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 13:48:18



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 13:47:19



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 13:49:59



©Damea Dorsey
Photography

Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 13:46:36







Modified: 30 Jan 2015  Screenshot: 18 Oct 2016 15:39:31



Modified: 30 Jan 2015   Screenshot: 05 Jul 2017 19:00:39



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:55:55



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:58:04



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:57:21



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:56:38



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:57:00



Modified: 30 Jan 2015   Screenshot: 05 Jul 2017 18:57:42



Modified: 30 Jan 2015   Screenshot: 05 Jul 2017 18:56:18





Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:59:22







Modified: 12 Jul 2014  Screenshot: 18 Apr 2017 19:54:09











Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:44:00

kunis-19.jpg (JPEG Image, 480 × 600 pixels) - Mozilla Firefox

girls.gunaxin.com/wp-content/uploads/gallery/portman-kunis/kunis-19.jpg



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:44:58



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:43:06

girls.gunaxin.com/wp-content/uploads/gallery/portman-kunis/kunis-0.jpg

Search



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:42:45



Modified: 12 Jul 2014  Screenshot: 12 Jan 2018 14:31:16



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 08:56:17



Modified: 12 Jul 2014  Screenshot: 12 Jan 2018 14:19:29