# Exhibit
# 4



**Joel B. Rothman**
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

<u>Admitted to Practice</u>
Florida, New York, Georgia and the
Federal Courts of
New York
Florida
Georgia
Colorado
Texas
Arkansas
W.D. Michigan
W.D. Tennessee
Washington DC
and the U.S. Dept. of Veterans Affairs

February 1, 2018

**VIA UPS AND EMAIL:   editor@gunaxin.com**
Mr. Philip Van der Vossen
Gunaxin Media LLC
1609 Highbridge Court
Hanover, MD 21076

Re:   **Lickerish, Ltd. v. Gunaxin Media LLC**
        **Our File No.:  00355-0003**

Dear Mr. Van der Vossen,

We write on behalf of our client Lickerish, Ltd., a photographic syndication company, for purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

*Lickerish, Ltd. ("Lickerish")*
Our client is a high quality photographic syndication company that provides images to communication business.  Through its extensive library of pictures of celebrities and models taken by internationally renowned photographers, Lickerish has developed a large worldwide clientele.

Lickerish retains all copyrights to its photographs.  Lickerish licenses its copyrighted Works, such as the 57 infringed photographs in this case, for commercial use.

Copies of the Works are enclosed for your reference (hereinafter referred to as the "Work" and/or "Works").  The Works were registered with the Register of Copyrights as shown on the enclosed list.

*Infringement by Gunaxin Media LLC ("Gunaxin")*
The infringements at issue were identified on or after May 26, 2016.  We have enclosed contemporaneous evidence of the infringements by Gunaxin.

Mr. Philip Van der Vossen
Gunaxin Media LLC
February 1, 2018
Page 2


You have employed our client's images in at least the manner indicated in the evidence attached. Your unauthorized use commenced on at least the date indicated above. You are fully aware that the Work you used is our client's Work. No one from your company ever sought a license from our client to use the image for any purpose.

You have copied, displayed and distributed our client's images without permission, license or consent. The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's images. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's images, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Lickerish when a work is infringed or altered. Section 504 permits Lickerish to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed for registered images. Lickerish can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Lickerish's photographs are of the highest quality. Lickerish's photographs are also scarce since he is one of the only sources of such quality photographs.

Lickerish's damages are not limited to what it would have agreed to license the Work for prior to the infringement. Rather, Lickerish's actual damages will be measured by the fair market value of the photograph considering Gunaxin's use to sell and promote its business. Lickerish's actual damages must be measured in light of Gunaxin's use of Lickerish's high quality and unique photographs.

Mr. Philip Van der Vossen
Gunaxin Media LLC
February 1, 2018
Page 3


This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Lickerish can offer evidence of the actual cost to take the photographs infringed on a time and materials basis.

Section 504 of the Copyright Act permits Lickerish to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Lickerish will also be entitled to Gunaxin's profits from the infringement, based upon the revenue Gunaxin earned in connection with the use of Lickerish's photographs.

Alternatively, Lickerish could seek statutory damages for infringement in an amount of up to $30,000 per work infringed for registered images. There is also the possibility that a judge or jury could determine that Gunaxin's infringement was willful. If Gunaxin's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.   the full nature and extent of the use of our client's images, in any and all formats;

2.   representative copies in any and all tangible form and media in which our client's images were incorporated or employed; and

3.   the source of the images;

Upon receipt of this information we will consider and determine an appropriate amount of compensation required to be paid to our client in compensation.

Mr. Philip Van der Vossen
Gunaxin Media LLC
February 1, 2018
Page 4


Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by February 15, 2018, we will take further steps to protect our client's rights.  We look forward to your prompt response.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Joel B. Rothman
Board Certified in Intellectual Property Law


JBR/jcj
Enclosures

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-823-023

**Effective date of registration:**

June 19, 2012

## Title

**Title of Work:** Willy Camden, GRPPH, 10 Published Photos of Katherine Heigl, June 2000 Issue of Maxim

**Contents Titles:** COVER

CLOSE D

CLOSE E

CLOSE G

CLOSE H

CLOSE J

image001

image002

image004

image010

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** June 10, 2000     **Nation of 1st Publication:** United States

## Author

■ **Author:** Nigel Eric Williams

**Pseudonym:** Willy Camden

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom     **Domiciled in:** United States

**Year Born:** 1962

**Pseudonymous:** Yes

## Copyright claimant

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-823-031

**Effective date of
registration:**

June 26, 2012

---

**Title**

**Title of Work:** Willy Camden, GRPPH, 27 Published Photos of Carmen Electra for 2004 Calendar

**Contents Titles:** Carmen Electra

Carmen Electra (1)

Carmen Electra (2)

Carmen Electra (3)

Carmen Electra (4)

Carmen Electra (5)

Carmen Electra (6)

Carmen Electra (7)

Carmen Electra (8)

Carmen Electra (9)

Carmen Electra (10)

Carmen Electra (11)

Carmen Electra (12)

Carmen Electra (13)

Carmen Electra (14)

Carmen Electra (15)

Carmen Electra (16)

Carmen Electra (17)

Carmen Electra (18)

Carmen Electra (19)

Carmen Electra (20)

Carmen Electra (21)

Carmen Electra (22)

Carmen Electra (33)

Carmen Electra (34)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-833-167

**Effective date of registration:**

June 29, 2012

## Title

**Title of Work:** Christopher J Lane, GRPPH, 102 Published Photos of Mila Kunis in Los Angeles, Approx. December 12, 2005

**Contents Titles:** Mila Kunis 001, Mila Kunis 002, Mila Kunis 003, Mila Kunis 004, Mila Kunis 005, Mila Kunis 006, Mila Kunis 007, Mila Kunis 008, Mila Kunis 009, Mila Kunis 010, Mila Kunis 011, Mila Kunis 012, Mila Kunis 013, Mila Kunis 014, Mila Kunis 015, Mila Kunis 016, Mila Kunis 017
mila ftp, mila ftp2, mila_1-0037, mila_1-0049, mila_1-0056, mila_1-0059, mila_1-0060, mila_1-0064, mila_1-0090
mila_2-0002, mila_2-0013, mila_2-0070, mila_2-0071, mila_2-0091, mila_2-0096, mila_2-0098, mila_2-0110, mila_2-0115, mila_2-0117, mila_2-0121
mila_3-0008, mila_3-0009, mila_3-0011, mila_3-0021, mila_3-0025, mila_3-0028, mila_3-0031, mila_3-0040, mila_3-0149, mila_3-0190, mila_3-0191
mila_4-0005, mila_4-0009, mila_4-0016, mila_4-0028, mila_4-0063, mila_4-0067, mila_4-0080, mila_4-0083, mila_4-0088, mila_4-0102, mila_4-0106, mila_4-0111, mila_4-0112, mila_4-0121, mila_4-0124
mila_5-00029, mila_5-00030, mila_5-00044, mila_5-00057, mila_5-00058, mila_5-00064, mila_5-00070, mila_5-00089, mila_5-00090, mila_5-00091, mila_5-00093, mila_5-00099, mila_5-00103, mila_5-00104
mila_6-00005, mila_6-00014, mila_6-00018, mila_6-00020, mila_6-00029, mila_6-00031, mila_6-00033
mila_7-0003, mila_7-0031, mila_7-0033, mila_7-0048, mila_7-0049, mila_7-0055, mila_7-0056, mila_7-0057, mila_7-0067, mila_7-0070, mila_7-0075, mila_7-0086, mila_7-0096, mila_7-0099, mila_7-0100, mila_7-0104, mila_7-0105, mila_7-0108

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005    **Nation of 1st Publication:** United States

## Author

**Author:** Christopher J Lane

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Christopher J Lane

The Lookout, Boode Road, Braunton, EX33 2NW, United Kingdom

## Rights and Permissions

**Organization Name:** Lickerish Ltd.

**Name:** Emma  Carlsen

**Email:** emma.carlsen@lickerishltd.com          **Telephone:** +44-020-7323 199

00 0000 0000

**Address:** 40-42 Riding House Street

London,  W1W 7ET  United Kingdom

## Certification

**Name:** Joe G. Naylor

**Date:** June 29, 2012

**Applicant's Tracking Number:** C1038

**Registration #:** VA0001833167
**Service Request #:** 1-785914272



Lickerish Ltd.
Emma Carlsen
40-42 Riding House Street
London, W1W 7ET United Kingdom

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-979-864

**Effective Date of Registration:**
August 06, 2015

## Title

**Title of Work:** Group Registration Photos, ANNA KOURNIKOVA, Published approx. Aug. 10, 2008; 10 photos.

**Content Title:** Anna_Kournikova_001, Anna_Kournikova_013, Anna_Kournikova_014, Anna_Kournikova_008, Anna_Kournikova_007, Anna_Kournikova_006, Anna_Kournikova_005, Anna_Kournikova_004, Anna_Kournikova_003 (published August 10, 2008); Anna_Kournikova_012 (published approx. August 10, 2008).

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** August 10, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** STEPHAN WURTH
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** STEPHAN WURTH
STEPHAN WURTH PHOTOGRAPHY INC, 666 GREENWICH STREET #705, NEW YORK, NEW YORK 10014, United States

## Rights and Permissions

**Organization Name:** Lickerish, Ltd.
**Name:** Emma Carlsen
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 40-42 Riding House Street

London, W1W 7ET  United Kingdom

## Certification

| | |
|---:|:---|
| **Name:** | Joe G. Naylor |
| **Date:** | August 06, 2015 |
| **Applicant's Tracking Number:** | USCO-00221 |

**Copyright Office notes:**  Basis for Registration: Group of Published Photographs



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-020-374

**Effective Date of Registration:**
September 13, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, BROOKE BURKE, Published approx. Dec. 10, 2003; 8 photos. |
| **Content Title:** | Brooke_Burke, Brooke_Burke_(7), Brooke_Burke_(6), Brooke_Burke_(5), Brooke_Burke_(4), Brooke_Burke_(3), Brooke_Burke_(2), Brooke_Burke_(1) (published approx. December 10, 2003). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | December 10, 2003 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | NIGEL WILLIAMS |
| **Pseudonym:** | WILLY CAMDEN |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United States |
| **Year Born:** | 1962 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | NIGEL WILLIAMS |
| | 30733 rue valois, palos verdes, CA 90275, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lickerish, Ltd. |
| **Name:** | Emma Carlsen |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 40-42 Riding House Street |

London, W1W 7ET  United Kingdom

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | September 13, 2016 |
| **Applicant's Tracking Number:** | USCO-02645 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Teigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-044-626

**Effective Date of Registration:**
May 03, 2017

---

## Title
_____

**Title of Work:** Group Registration Photos, CHARLOTTE MCKINNEY BY JOEY WRIGHT
BEACH 2; Published approx. Mar. 25, 2014; 5 photos.

**Content Title:** AS01-005-017, AS01-005-016, AS01-005-015, AS01-005-014, AS01-005-013
(published approx. March 25, 2014).

## Completion/Publication
_____

**Year of Completion:** 2014
**Date of 1st Publication:** March 25, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** JOEY WRIGHT
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** JOEY WRIGHT
425N ANDREWS AVE APT 302, FORT LAUDERDALE FLORIDA 33301,
United States

## Rights and Permissions
_____

**Organization Name:** APIX SYNDICATION
APRIL
**Email:** april@apixsyndication.com
**Telephone:** +442073232009
**Address:** PO BOX 35
SOUTH YARRA 3141 VICTORIA  Australia

## Certification
_____

Name: Joe G. Naylor
Date: May 03, 2017
Applicant's Tracking Number: USCO-03571



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-044-629**

**Effective Date of Registration:**
May 03, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, CHARLOTTE MCKINNEY BEACH, Published approx. May 21, 2013; 12 photos. |
| **Content Title:** | AS01-005-012, AS01-005-011, AS01-005-010, AS01-005-009, AS01-005-008, AS01-005-007, AS01-005-006, AS01-005-005, AS01-005-004, AS01-005-003, AS01-005-002, AS01-005-001 (published approx. May 21, 2013). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 21, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | JOEY WRIGHT |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | JOEY WRIGHT<br>425N ANDREWS AVE APT 302, FORT LAUDERDALE FLORIDA 33301, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | APIX SYNDICATION |
| | APRIL |
| **Email:** | april@apixsyndication.com |
| **Telephone:** | +442073232009 |
| **Address:** | PO BOX 35<br>SOUTH YARRA 3141 VICTORIA  Australia |

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | May 03, 2017 |
| **Applicant's Tracking Number:** | USCO-03561 |

Lickerish, Ltd v. Gunaxin Media LLC

**Copyright Registration List**

| Photo Title | Author | Registration Number | Registraton Date |
|---|---|---|---|
| Alessandra_Ambrosio_001.jpg | Stephan Wurth | Applied | |
| Alessandra_Ambrosio_002.jpg | Stephan Wurth | Applied | |
| Alessandra_Ambrosio_004.jpg | Stephan Wurth | Applied | |
| Anna_Kournikova_012.jpg | Stephan Wurth | VA 1-979-864 | 06 Aug 2015 |
| AP-AB-14001001.jpg | APIX | Applied | |
| AP-AB-14001004.jpg | APIX | Applied | |
| AP-AB-14001005.jpg | APIX | Applied | |
| AP-AB-14001006.jpg | APIX | Applied | |
| AP-AB-14001007.jpg | APIX | Applied | |
| AP-CMK-14001005.jpg | APIX - Zach Ramsey | Applied | |
| AP-ER-15001003.jpg | APIX - Dominic Petruzzi | Applied | |
| AS01-005-001.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-003.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-004.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-005.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-007.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-009.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-010.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-011.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-012.jpg | APIX - Joey Wright | VA 2-044-629 | 03 May 2017 |
| AS01-005-013.jpg | APIX - Joey Wright | VA 2-044-626 | 03 May 2017 |
| AS01-005-014.jpg | APIX - Joey Wright | VA 2-044-626 | 03 May 2017 |
| Autumn-Reeser-STEPHAN.jpg | Stephan Wurth | Applied | |
| Brooke_Burke_(27).jpg | Willy Camden | Applied | |
| Brooke_Burke_(7).jpg | Willy Camden | Applied | |
| Carmen_Electra_(31).jpg | Willy Camden | VA 1-823-031 | 26 Jun 2012 |
| Carmen_Electra_(33).jpg | Willy Camden | VA 1-823-031 | 25 Jun 2012 |
| CL-MK-12001015.jpg | Christopher Lane | VA 1-833-167 | 28 Jun 2012 |
| CLOSE_G.jpg | Willy Camden | VA 1-823-023 | 18 Jun 2012 |
| image010.jpg | Willy Camden | VA 1-823-023 | 19 Jun 2012 |
| JF-TS-12001007.jpg | Jonathan Fenn | Applied | |
| JF-TS-12001008.jpg | Jonathan Fenn | Applied | |
| Jolene_Blalock_006.jpg | Willy Camden | Applied | |
| Lucy_Lawless_(1).jpg | Willy Camden | Applied | |
| Lucy_Lawless_(2).jpg | Willy Camden | Applied | |
| Lucy_Lawless_(4).jpg | Willy Camden | Applied | |
| mila_7-0108.jpg | APIX | Applied | |
| Mila_Kunis_002.jpg | Christopher Lane | VA 1-833-167 | 29 Jun 2012 |
| Mila_Kunis_006.jpg | Christopher Lane | VA 1-833-167 | 29 Jun 2012 |
| Mila_Kunis_012.jpg | Christopher Lane | VA 1-833-167 | 29 Jun 2012 |
| Mila_Kunis_017.jpg | Christopher Lane | VA 1-833-167 | 29 Jun 2012 |
| Missy_Peregrym_002.jpg | Roger Erickson | Applied | |
| Missy_Peregrym_007.jpg | Roger Erickson | Applied | |
| Missy_Peregrym_011.jpg | Roger Erickson | Applied | |
| Rachel_Nichols_(8).jpg | Willy Camden | Applied | |
| Shannon_Elizabeth_(4).jpg | Stephan Wurth | Applied | |
| shot05_011.jpg | Jonathen Fenn | Applied | |
| SW_British_GQ_Violet_Shot_03_002.jpg | Stephan Wurth | Applied | |
| SW_British_GQ_Violet_Shot_04_037.jpg | Stephan Wurth | Applied | |
| SW_British_GQ_Violet_Shot_06_009.jpg | Stephan Wurth | Applied | |
| SW_British_GQ_Violet_Shot_06_036.jpg | Stephan Wurth | Applied | |
| SW-RR-14001007.jpg | Stephan Wurth | Applied | |
| Yvonne_Strahovski_001.jpg | Stephan Wurth | Applied | |
| Yvonne_Strahovski_004.jpg | Stephan Wurth | Applied | |
| Yvonne_Strahovski_005.jpg | Stephan Wurth | Applied | |
| Yvonne_Strahovski_008.jpg | Stephan Wurth | Applied | |
| Yvonne_Strahovski_010.jpg | Stephan Wurth | Applied | |



Alessandra_Ambrosio_004.jpg   Anna_Kournikova_012.jpg   AP-AB-14001001.jpg   AP-AB-14001004.jpg   AP-AB-14001005.jpg

AP-AB-14001006.jpg   AP-AB-14001007.jpg   AP-CMK-14001005.jpg   AP-ER-15001003.jpg   AS01-005-001.jpg

AS01-005-003.jpg   AS01-005-004.jpg   AS01-005-005.jpg   AS01-005-007.jpg   AS01-005-009.jpg

AS01-005-010.jpg   AS01-005-011.jpg   AS01-005-012.jpg   AS01-005-013.jpg   AS01-005-014.jpg

Autumn-Reeser-STEPHAN.jpg   Brooke_Burke_(7).jpg   Brooke_Burke_(27).jpg   Carmen_Electra_(31).jpg   Carmen_Electra_(33).jpg

CL-MK-12001015.jpg   CLOSE_G.jpg   image010.jpg   JF-TS-12001007.jpg   JF-TS-12001008.jpg

Jolene_Blalock_006.jpg   Lucy_Lawless_(1).jpg   Lucy_Lawless_(2).jpg   Lucy_Lawless_(4).jpg   mila_7-0108.jpg




Mila_Kunis_002.jpg


Mila_Kunis_006.jpg


Mila_Kunis_012.jpg


Mila_Kunis_017.jpg


Missy_Peregrym_002.jpg


Missy_Peregrym_007.jpg


Missy_Peregrym_011.jpg


Rachel_Nichols_(8).jpg


Shannon_Elizabeth_(4).jpg


shot05_011.jpg


British_GQ_Violet_Shot_03_0(


British_GQ_Violet_Shot_04_0:


British_GQ_Violet_Shot_06_0(


British_GQ_Violet_Shot_06_0:


SW-RR-14001007.jpg


Yvonne_Strahovski_001.jpg


Yvonne_Strahovski_004.jpg


Yvonne_Strahovski_005.jpg


Yvonne_Strahovski_008.jpg


Yvonne_Strahovski_010.jpg


Alessandra_Ambrosio_001.jpg


Alessandra_Ambrosio_002.jpg



Jonah A. Grossbardt
*Attorney*

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

March 29, 2018

**VIA EMAIL:  editor@gunaxin.com**
Mr. Philip Van der Vossen
Gunaxin Media LLC
1609 Highbridge Court
Hanover, MD 21076

Re:   Lickerish, Ltd. v. Gunaxin Media LLC
      Our File No.:   00355-0003

Dear Mr. Van der Vossen,

We write this follow up letter on behalf of our client Lickerish, Ltd. for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated February 1, 2018, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed.  It is imperative that you respond to us. If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.  We look forward to your prompt response.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Jonah A. Grossbardt

JAG/jcj
Enclosure