## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

### CASE NO.:  1:18-cv-03462-GLR

LICKERISH, LTD., WILLY CAMDEN,
STEPHAN WURTH, CHRISTOPHER LANE,
DAMEA DORSEY, ZACH RAMSEY and
JOEY WRIGHT,

                Plaintiffs,

v.

GUNAXIN MEDIA LLC,

                Defendant.

---

### DECLARATION OF EMMA CARLSEN

I, Emma Carlsen, declare and say:

1.      I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge, and in support of Plaintiffs, Lickerish, LTD, Willy Camden, Stepan Wurth, Christopher Lane, Damea Dorsey, Zach Ramsey, and Joey Wright 's (collectively "Plaintiffs") Motion for Default Judgment.

2.      I reside in the London area and currently a Director of Lickerish, LTD ("Lickerish").

3.      I have personal knowledge about the photographers, copyright registrations and licensing rates for all phonographs that are the subject of this dispute.

4.      Lickerish is a high quality photographic syndication company that provides images to media and communication entities.  Through its extensive library of pictures of

celebrities and models taken by internationally renowned photographers, Lickerish has developed a large worldwide clientele.

5.     Nigel Eric Williams (aka Willy Camden)  ("Camden") is a photographer whose works are syndicated by Lickerish.  Camden is an international photographer with many years in the photography business.  Camden's work has been featured everywhere from GQ to Vogue to Photo Magazine.  Camden has shot some of the world's most beautiful and successful women, created innovative and colorful advertising campaigns for many clients, including Elizabeth Arden, Hugo Boss and Esprit, and continues to work with top ad agencies such as Saatchi and Saatchi, TBWA and BBH.

6.     Stephan Wurth ("Wurth") is a photographer whose works are syndicated by Lickerish.  Wurth's work has been featured in Vogue, The New York Times, Porter Magazine, GQ, Playboy, Esquire, Galore Magazine, Treats Magazine and Sports Illustrated Swimsuit Edition among others.  His clients have included Levi's, Bonobos, Virgin Atlantic, A Pea in the Pod and he has photographed celebrities including Serena Williams, Venus Williams, Pharrell Williams, Alison Brie, Maria Sharapova, Ivanka Trump, Kelly Rutherford and Andy Cohen.  In 2011, Wurth released his first book "Ghost Town" and followed that up with "Ikinga."

7.     Christopher Lane ("Lane") is a photographer whose works are syndicated by Lickerish.  Lane is recognized for his personal work and was among the Emerging Photographer for the Magenta Foundation and awarded ADC Young Gun.  Lane's work has been shown at the National Portrait Gallery on three separate occasions, and has been featured in AAR Magazine, ESPN Magazine, Fortune Magazine, London Times, Mens Fitness Magazine, New York Times Magazine, the Washingtonian and more.  His clients include Associated Press, CB Richard Ellis, L'Oréal, Microsoft, Nike, Red Bull, Sony, Pfizer, among others.

8.     Damea Dorsey ("Dorsey") is a photographer whose works are syndicated by APIX and Lickerish.  Dorsey is a renowned photographer from California who is now based in Bali.  Dorsey has a knack for shooting water imagery in the ocean and has traveled the globe time and time again shooting notable surfing professionals.  His photos have appeared in and on the covers of many major international surfing publications such as Transworld Surf, Surfer, Surfing, Australian Surfing Life, Waves and many more.  Dorsey's clients include Red Bull, Hurley, Volcom, Billabong, Quiksilver, Rip Curl and the like.

9.     Zach Ramsey ("Ramsey") is a photographer whose works are syndicated by APIX and Lickerish.  Ramsey is an internationally known photographer residing in Miami Beach, Florida.  His clients include KO Watches, Lauren Cecchi, Aruna Seth, FHM Mens Health Magazine, New York Post, Lifestyle for Men Magazine, Zoo Magazine and more.

10.    Joey Wright ("Wright") is a photographer whose works are syndicated by APIX and Lickerish.  Wright is a distinguished Miami-based swimwear and lifestyle photographer.  Wright earned first place in the 2014 Edge Shave Gel – Sports Illustrated Swimsuit Edition "Dream Job" contest.  He has been featured on SI.com, "Light It" Digital Magazine, Fstoppers.com, The Art of Unpredictability and The New York Times and his clients include Montce Swimwear, Ravish Sands Swimwear, Noelle Swimwear, Beach Gal Swimwear, Ford Models, Next Model Management, Atlanta Falcons Cheerleaders, the Seminole Hard Rock Hotel & Casino, and others.

11.    Plaintiffs are the owners or exclusive rights holders of 29 exclusive celebrity photographs that are the subject of this litigation and shown in spreadsheet attached hereto as Exhibit 1 (The "Works").  For ease of reference, the individual photographs will be referenced by

3

the corresponding number (1-29) in the spreadsheet of Exhibit 1. The Works are also summarized in the spreadsheet below.

| | Photo Title | Registration Number | Registration Date |
|---|---|---|---|
| 1 | Anna_Kournikova_012.jpg | VA 1-979-864 | 06 Aug 2015 |
| 2 | 3Y4O0063 | VA 2-046-371 | 10 May 2017 |
| 3 | 3Y4O0102 | VA 2-046-371 | 10 May 2017 |
| 4 | 680 | VA 2-046-371 | 10 May 2017 |
| 5 | 3Y4O0125 | VA 2-046-371 | 10 May 2017 |
| 6 | DD_20081203_Hawaii_0690 | VA 2-046-371 | 10 May 2017 |
| 7 | IMG_9688 | VA 2-048-407 | 19 Apr 2017 |
| 8 | AS01-005-001.jpg | VA 2-044-629 | 03 May 2017 |
| 9 | AS01-005-003.jpg | VA 2-044-629 | 03 May 2017 |
| 10 | AS01-005-004.jpg | VA 2-044-629 | 03 May 2017 |
| 11 | AS01-005-005.jpg | VA 2-044-629 | 03 May 2017 |
| 12 | AS01-005-007.jpg | VA 2-044-629 | 03 May 2017 |
| 13 | AS01-005-009.jpg | VA 2-044-629 | 03 May 2017 |
| 14 | AS01-005-010.jpg | VA 2-044-629 | 03 May 2017 |
| 15 | AS01-005-011.jpg | VA 2-044-629 | 03 May 2017 |
| 16 | AS01-005-012.jpg | VA 2-044-629 | 03 May 2017 |
| 17 | AS01-005-013.jpg | VA 2-044-626 | 03 May 2017 |
| 18 | AS01-005-014.jpg | VA 2-044-626 | 03 May 2017 |
| 19 | Brooke_Burke_(7).jpg | VA 2-020-374 | 13 Sept 2016 |
| 20 | Carmen_Electra_(31).jpg | VA 1-823-031 | 26 Jun 2012 |
| 21 | Carmen_Electra_(33).jpg | VA 1-823-031 | 26 Jun 2012 |

|    | **Photo Title** | **Registration Number** | **Registration Date** |
|----|-----------------|--------------------------|------------------------|
| 22 | CL-MK-12001015.jpg | VA 1-833-167 | 28 Jun 2012 |
| 23 | CLOSE_G.jpg | VA 1-823-023 | 18 Jun 2012 |
| 24 | image010.jpg | VA 1-823-023 | 19 Jun 2012 |
| 25 | mila_7-0108.jpg | VA 1-833-167 | 29 Jun 2012 |
| 26 | Mila_Kunis_002.jpg | VA 1-833-167 | 29 Jun 2012 |
| 27 | Mila_Kunis_006.jpg | VA 1-833-167 | 29 Jun 2012 |
| 28 | Mila_Kunis_012.jpg | VA 1-833-167 | 29 Jun 2012 |
| 29 | Mila_Kunis_017.jpg | VA 1-833-167 | 29 Jun 2012 |

12.     Wurth created one (1) exclusive photograph of celebrity Anna Kournikova (No. 1). Lickerish registered the photograph with the Register of Copyrights on August 6, 2015 and was assigned registration number VA 1-979-864. The Certificate of Registration is attached hereto in Exhibit 2.

13.     Dorsey created five (5) exclusive photographs of celebrity Alana Blanchard (Nos. 2-6). Dorsey caused the works to be registered with the Register of Copyrights on May 10, 2017, and was assigned registration numbers VA 2-046-371 . The Certificate of Registration is attached hereto in Exhibit 2.

14.     Ramsey created one (1) exclusive photograph of celebrity Charlotte McKinney (No. 7). Ramsey caused the works to be registered with the Register of Copyrights on April 19, 2017, and was assigned registration numbers VA 2-048-407 . The Certificate of Registration is attached hereto in Exhibit 2.

15.     Wright created eleven (11) exclusive photographs of celebrity Charlotte McKinney (Nos. 8-18). Wright caused the works to be registered with the Register of

5

Copyrights on May 3, 2017, and was assigned registration numbers VA 2-044-626 (Nos. 8-16) and VA 2-044-626 (Nos. 17-18). The Certificate of Registrations are attached hereto in Exhibit 2.

16.     Camden created one (1) exclusive photograph of celebrity Brooke Burke (No. 19). Lickerish registered the photographs with the Register of Copyrights on September 13, 2016 and was assigned registration number VA 2-020-374. The Certificate of Registration is attached hereto in Exhibit 2.

17.     Camden created two (2) exclusive photographs of celebrity Carmen Electra (Nos. 20 and 21). Lickerish registered the photographs with the Register of Copyrights on June 26, 2012 and was assigned registration number VA 1-823-031. The Certificate of Registration is attached hereto in Exhibit 2.

18.     Camden created two (2) exclusive photographs of celebrity Katherine Heigl (Nos. 23 and 24). Lickerish registered the photographs with the Register of Copyrights on June 19, 2012 and was assigned registration number VA 1-823-023. The Certificate of Registration is attached hereto in Exhibit 2.

19.     Lane created six (6) exclusive photographs of celebrity Mila Kunis (Nos. 22 and 25-29). Lickerish registered the Work with the Register of Copyrights on June 29, 2012 and was assigned registration number VA 1-833-167. The Certificate of Registration is attached hereto in Exhibit 2.

20.     Plaintiffs owns all rights, title, and interest, including the copyrights, in and to the Works.

21.     Lickerish maintains licensing and/or syndication rights in all of the Works and has direct knowledge of the photographers, Works, copyright registrations and licensing rates.

6

22.     The Works are worldwide exclusive photographs, and are scarce not only due to their high quality and access these celebrity for the shooting of such alluring photographs.

23.     It is my understanding that GUNAXIN MEDIA, LLC ("Gunaxin") is a Maryland based company that owns, operates, and manages the commercial news and entertainment website found at the domain name www.gunaxin.com, a self-described "men's lifestyle magazine."

24.     On a variety dates, which appear to range from 2010 (or older) to no later than 2015, after the Works were created, the Works were copied by Gunaxin without Plaintiffs' permission and used on its website in various image galleries, articles and other content designed to generate views and click by the targeted male audience. As of April, 2017 the Works continued to be displayed by Gunaxin.  Evidence of Gunaxin's use is attached hereto as Exhibit 3, showing a true and correct screenshot of the Works stored and displayed on Gunaxin's website and servers.  I note that the majority of the content featuring the Works was not date-stamped, and absent participation by Gunaxin, and discovery, the initial dates of the infringing publication cannot be ascertained by Lickerish.

25.     One image of Mila Kunis (Image No. 22) displays an upload date on the infringing screenshot, indicating that Gunaxin infringed at least one image, image No. 22, as of March 4, 2013, well after its registration.  Image No. 22 was registered on June 28, 2012.

26.     Gunaxin has never been licensed to use the Works for any purpose.

27.     Had Gunaxin requested license to reproduce and display the copyrighted Work on its website, Lickerish would have charged at least $500 per year for use of the Work for a rights managed non-exclusive license. The original dates cannot be ascertained due to Gunaxin's failure to participate in this dispute, but we estimate an average five-year publication period for

7

the Works. Accordingly, for the five years the Work were used by Gunaxin, Lickerish estimates a license fee of $2,500 per photograph.

28.     The ability of Gunaxin to reproduce, modify, distribute and display copies of the copyrighted Work for their own commercial benefit without compensation to Lickereish greatly impairs the market value of the Works since others competing with that business, or in related business areas, will not want to obtain a license to Lickerish's work if it is already associated with a competing media outlet.  Similarly, potential licensees of Lickerish's copyrighted photographs will not want to pay my license fees if they see other commercial editorial enterprises taking and using the Works for their own commercial purposes without paying any fee at all.

29.     Gunaxin also published and allowed for distributed of the Works without the attribution. As a result, the Works were disseminated throughout the internet without any way to direct it back to Plaintiffs, potentially leading to more infringement in the future and destroying the commercial value of the Works.

30.     The Works have lost significant value to its scarcity by the widespread and continuing dissemination resulting from Gunaxin's infringement.

31.     I believe Plaintiffs' actual damages to be $12,500 per photograph, after considering a scarcity multiplier of 5 to the licensing fees of $2,500 per photograph.


I swear of affirm the foregoing is true and correct under penalties of perjury.


DATED:  April 18, 2019
London, UK

Emma Carlsen
Director, Lickerish, Ltd.

8

# Exhibit 1

|   | **Photo Title** | **Photographer** | **Photograph** |
|---|---|---|---|
| 1 | Anna_Kournikova_012.jpg | Stephan Wurth |  |

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 2 | 3Y4O0063 | Damea Dorsey |  |

Exhibit 1 Page 2

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 3 | 3Y4O0102 | Damea Dorsey |  |

Exhibit 1 Page 3

|  | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 4 | 680 | Damea Dorsey |  |
| 5 | 3Y4O0125 | Damea Dorsey |  |

Exhibit 1 Page 4

|   | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 6 | DD_20081203_Hawaii_0690 | Damea Dorsey |  |
| 7 | IMG_9688 | Zach Ramsey |  |

Exhibit 1 Page 5

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 8 | AS01-005-001.jpg | Joey Wright |  |

Exhibit 1 Page 6

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 9 | AS01-005-003.jpg | Joey Wright |  |

Exhibit 1 Page 7

| | **Photo Title** | **Photographer** | **Photograph** |
|---|---|---|---|
| 10 | AS01-005-004.jpg | Joey Wright |  |

Exhibit 1 Page 8

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 11 | AS01-005-005.jpg | Joey Wright |  |

Exhibit 1 Page 9

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 12 | AS01-005-007.jpg | Joey Wright |  |

Exhibit 1 Page 10

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 13 | AS01-005-009.jpg | Joey Wright |  |

Exhibit 1 Page 11

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 14 | AS01-005-010.jpg | Joey Wright |  |

Exhibit 1 Page 12

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 15 | AS01-005-011.jpg | Joey Wright |  |
| 16 | AS01-005-012.jpg | Joey Wright |  |

Exhibit 1 Page 13

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 17 | AS01-005-013.jpg | Joey Wright |  |

Exhibit 1 Page 14

|    | **Photo Title** | **Photographer** | **Photograph** |
|----|-----------------|------------------|----------------|
| 18 | AS01-005-014.jpg | Joey Wright |  |

Exhibit 1 Page 15

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 19 | rooke_Burke_(7).jpg | Willy Camden |  |

Exhibit 1 Page 16

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 20 | Carmen_Electra_(31).jpg | Willy Camden |  |

Exhibit 1 Page 17

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 21 | Carmen_Electra_(33).jpg | Willy Camden |  |

Exhibit 1 Page 18

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 22 | CL-MK-12001015.jpg | Christopher Lane |  |

Exhibit 1 Page 19

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 23 | CLOSE_G.jpg | Willy Camden |  |

Exhibit 1 Page 20

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 24 | image010.jpg | Willy Camden |  |

Exhibit 1 Page 21

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 25 | mila_7-0108.jpg | Christopher Lane |  |

Exhibit 1 Page 22

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 26 | Mila_Kunis_002.jpg | Christopher Lane |  |

Exhibit 1 Page 23

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 27 | Mila_Kunis_006.jpg | Christopher Lane |  |

Exhibit 1 Page 24

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 28 | Mila_Kunis_012.jpg | Christopher Lane |  |

Exhibit 1 Page 25

| | Photo Title | Photographer | Photograph |
|---|---|---|---|
| 29 | Mila_Kunis_017.jpg | Christopher Lane |  |

Exhibit 1 Page 26

# Exhibit

# 2

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-823-023**

**Effective date of registration:**

June 19, 2012

## Title

**Title of Work:** Willy Camden, GRPPH, 10 Published Photos of Katherine Heigl, June 2000 Issue of Maxim

**Contents Titles:** COVER

CLOSE D

CLOSE E

CLOSE G

CLOSE H

CLOSE J

image001

image002

image004

image010

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** June 10, 2000        **Nation of 1st Publication:** United States

## Author

■        **Author:** Nigel Eric Williams

**Pseudonym:** Willy Camden

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom        **Domiciled in:** United States

**Year Born:** 1962

**Pseudonymous:** Yes

## Copyright claimant

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-823-031**

**Effective date of
registration:**

June 26, 2012

---

**Title**

    **Title of Work:** Willy Camden, GRPPH, 27 Published Photos of Carmen Electra for 2004 Calendar

    **Contents Titles:** Carmen Electra

                Carmen Electra (1)

                Carmen Electra (2)

                Carmen Electra (3)

                Carmen Electra (4)

                Carmen Electra (5)

                Carmen Electra (6)

                Carmen Electra (7)

                Carmen Electra (8)

                Carmen Electra (9)

                Carmen Electra (10)

                Carmen Electra (11)

                Carmen Electra (12)

                Carmen Electra (13)

                Carmen Electra (14)

                Carmen Electra (15)

                Carmen Electra (16)

                Carmen Electra (17)

                Carmen Electra (18)

                Carmen Electra (19)

                Carmen Electra (20)

                Carmen Electra (21)

                Carmen Electra (22)

                Carmen Electra (33)

                Carmen Electra (34)



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-833-167**

**Effective date of registration:**

June 29, 2012

# Title

**Title of Work:** Christopher J Lane, GRPPH, 102 Published Photos of Mila Kunis in Los Angeles, Approx. December 12, 2005

**Contents Titles:** Mila Kunis 001, Mila Kunis 002, Mila Kunis 003, Mila Kunis 004, Mila Kunis 005, Mila Kunis 006, Mila Kunis 007, Mila Kunis 008, Mila Kunis 009, Mila Kunis 010, Mila Kunis 011, Mila Kunis 012, Mila Kunis 013, Mila Kunis 014, Mila Kunis 015, Mila Kunis 016, Mila Kunis 017
mila ftp, mila ftp2, mila_1-0037, mila_1-0049, mila_1-0056, mila_1-0059, mila_1-0060, mila_1-0064, mila_1-0090
mila_2-0002, mila_2-0013, mila_2-0070, mila_2-0071, mila_2-0091, mila_2-0096, mila_2-0098, mila_2-0110, mila_2-0115, mila_2-0117, mila_2-0121
mila_3-0008, mila_3-0009, mila_3-0011, mila_3-0021, mila_3-0025, mila_3-0028, mila_3-0031, mila_3-0040, mila_3-0149, mila_3-0190, mila_3-0191
mila_4-0005, mila_4-0009, mila_4-0016, mila_4-0028, mila_4-0063, mila_4-0067, mila_4-0080, mila_4-0083, mila_4-0088, mila_4-0102, mila_4-0106, mila_4-0111, mila_4-0112, mila_4-0121, mila_4-0124
mila_5-00029, mila_5-00030, mila_5-00044, mila_5-00057, mila_5-00058, mila_5-00064, mila_5-00070, mila_5-00089, mila_5-00090, mila_5-00091, mila_5-00093, mila_5-00099, mila_5-00103, mila_5-00104
mila_6-00005, mila_6-00014, mila_6-00018, mila_6-00020, mila_6-00029, mila_6-00031, mila_6-00033
mila_7-0003, mila_7-0031, mila_7-0033, mila_7-0048, mila_7-0049, mila_7-0055, mila_7-0056, mila_7-0057, mila_7-0067, mila_7-0070, mila_7-0075, mila_7-0086, mila_7-0096, mila_7-0099, mila_7-0100, mila_7-0104, mila_7-0105, mila_7-0108

# Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005          **Nation of 1st Publication:** United States

# Author

■          **Author:** Christopher J Lane

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom          **Domiciled in:** United Kingdom

# Copyright claimant

**Copyright Claimant:** Christopher J Lane

The Lookout, Boode Road, Braunton, EX33 2NW, United Kingdom

## Rights and Permissions

**Organization Name:** Lickerish Ltd.

**Name:** Emma Carlsen

**Email:** emma.carlsen@lickerishltd.com    **Telephone:** +44-020-7323 199
00 0000 0000
**Address:** 40-42 Riding House Street

London, W1W 7ET United Kingdom

## Certification

**Name:** Joe G. Naylor

**Date:** June 29, 2012

**Applicant's Tracking Number:** C1038



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-979-864**

**Effective Date of Registration:**
August 06, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, ANNA KOURNIKOVA, Published approx. Aug. 10, 2008; 10 photos. |
| **Content Title:** | Anna_Kournikova_001, Anna_Kournikova_013, Anna_Kournikova_014, Anna_Kournikova_008, Anna_Kournikova_007, Anna_Kournikova_006, Anna_Kournikova_005, Anna_Kournikova_004, Anna_Kournikova_003 (published August 10, 2008); Anna_Kournikova_012 (published approx. August 10, 2008). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | August 10, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | STEPHAN WURTH |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | STEPHAN WURTH<br>STEPHAN WURTH PHOTOGRAPHY INC, 666 GREENWICH STREET #705, NEW YORK, NEW YORK 10014, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lickerish, Ltd. |
| **Name:** | Emma Carlsen |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 40-42 Riding House Street |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-020-374
**Effective Date of Registration:**
September 13, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, BROOKE BURKE, Published approx. Dec. 10, 2003; 8 photos. |
| **Content Title:** | Brooke_Burke, Brooke_Burke_(7), Brooke_Burke_(6), Brooke_Burke_(5), Brooke_Burke_(4), Brooke_Burke_(3), Brooke_Burke_(2), Brooke_Burke_(1) (published approx. December 10, 2003). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | December 10, 2003 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | NIGEL WILLIAMS |
| **Pseudonym:** | WILLY CAMDEN |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United States |
| **Year Born:** | 1962 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | NIGEL WILLIAMS |
| | 30733 rue valois, palos verdes, CA 90275, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lickerish, Ltd. |
| **Name:** | Emma Carlsen |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 40-42 Riding House Street |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-044-626**
**Effective Date of Registration:**
May 03, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, CHARLOTTE MCKINNEY BY JOEY WRIGHT BEACH 2, Published approx. Mar. 25, 2014; 5 photos. |
| **Content Title:** | AS01-005-017, AS01-005-016, AS01-005-015, AS01-005-014, AS01-005-013 (published approx. March 25, 2014). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 25, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | JOEY WRIGHT |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | JOEY WRIGHT |
| | 425N ANDREWS AVE APT 302, FORT LAUDERDALE FLORIDA 33301, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | APIX SYNDICATION |
| | APRIL |
| **Email:** | april@apixsyndication.com |
| **Telephone:** | +442073232009 |
| **Address:** | PO BOX 35 |
| | SOUTH YARRA 3141 VICTORIA  Australia |

## Certification

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-044-629**

**Effective Date of Registration:**
May 03, 2017

---

### Title

**Title of Work:** Group Registration Photos, CHARLOTTE MCKINNEY BEACH, Published
approx. May 21, 2013; 12 photos.

**Content Title:** AS01-005-012, AS01-005-011, AS01-005-010, AS01-005-009, AS01-005-008,
AS01-005-007, AS01-005-006, AS01-005-005, AS01-005-004, AS01-005-003,
AS01-005-002, AS01-005-001 (published approx. May 21, 2013).

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United States

### Author

- **Author:** JOEY WRIGHT
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** JOEY WRIGHT
425N ANDREWS AVE APT 302, FORT LAUDERDALE FLORIDA 33301,
United States

### Rights and Permissions

**Organization Name:** APIX SYNDICATION
APRIL
**Email:** april@apixsyndication.com
**Telephone:** +442073232009
**Address:** PO BOX 35
SOUTH YARRA 3141 VICTORIA  Australia

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-046-371

**Effective Date of Registration:**
May 10, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, ALANA BLANCHARD, Published approx. Dec. 03, 2008; 8 photos. |
| **Content Title:** | DD_20081203_Hawaii_0690, 0693, 0680, 0670, 3Y4O0125, 3Y4O0102, 3Y4O0092, 3Y4O0063 (published approx. December 03, 2008). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 03, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | DAMEA NICK DORSEY |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DAMEA NICK DORSEY |
| | 7668 El Camino Real #104-150, Carlsbad, CA 92009, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | APIX |
| **Name:** | APRIL REID |
| **Email:** | april@apixsyndication.com |
| **Telephone:** | +610402751921 |
| **Address:** | PO BOX 35 SOUTH YARRA |
| | MELBOURNE AUSTRALIA 3141  Australia |

## Certification

**Name:**   Joe G. Naylor
**Date:**   May 10, 2017
**Applicant's Tracking Number:**   USCO-03584

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayln Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-048-407

**Effective Date of Registration:**
April 19, 2017

---

## Title

**Title of Work:** Group Registration Photos, CHARLOTTE MCKINNEY 2014, Published approx. Jul. 08, 2014; 11 photos.

**Content Title:** IMG_9961, IMG_9944, IMG_9922, IMG_9913, IMG_9688, IMG_9662, IMG_9613, IMG_9604, IMG_9555, IMG_0097, IMG_0029 (published approx. July 08, 2014).

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 08, 2014
**Nation of 1st Publication:** Australia

## Author

- **Author:** ZACH RAMSAY
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ZACH RAMSAY
234 NE 3rd ST APT 2201, MIAMI FLORIDA, 33132, United States

## Rights and Permissions

**Organization Name:** APIX SYNDICATION
APRIL
**Email:** april@apixsyndication.com
**Telephone:** +442073232009
**Address:** PO BOX 35
SOUTH YARRA 3141 VICTORIA  Australia

## Certification

**Name:** Joe G. Naylor
**Date:** April 19, 2017
**Applicant's Tracking Number:** USCO-03534

# Exhibit

# 3









15 of 20 images

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 13:56:02



©Danea Dorsey Photography

11 of 20 images

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 13:54:52



Alluring Alana Blanchard

girls.gunaxin.com/alluring-alana-blanchard-23/146803

GUNAXIN   SPORTS   HUMOR   MEDIA   MOTORS   GADGETS   GRUB   TRAVEL   LINKS



©Damea Dorsey Photography

12 of 20 images



Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 13:55:42



girls.gunaxin.com/charlotte-mckinney-rising-star/179822



77 of 81 images





12 of 21 images



3 of 21 images

Modified: 06 Jul 2017   Screenshot: 06 Jul 2017 14:27:36

GUNAXIN    SPORTS    HUMOR    MED    OTT    GADGETS    GUY    TRAV

After her photo shoot with Terry Rir
the next Kate Upton. That may be
that we tend to appreciate. We'll
career is headed, and we offer up

Sexy Stars and
Stripes Forever

INKS

Welcome
Summer with
Bikini Girls!

Amberleigh
West : What a
Girl Wants



5 of 21 images

RANDOM

Modified: 06 Jul 2017   Screenshot: 06 Jul 2017 14:54:13





7 of 21 images



9 of 21 images

Modified: 06 Jul 2017  Screenshot: 06 Jul 2017 14:30:19



7 of 21 images



8 of 21 images



5 of 21 images





6 of 21 images

Modified: 06 Jul 2017  Screenshot: 06 Jul 2017 14:49:54

17 of 21 images

Modified: 06 Jul 2017  Screenshot: 06 Jul 2017 14:38:56





1 of 20 images



2 of 20 images

GUN. SPORTS   HUMOR   MEDIA   MOTORS   GADGETS

GRUB   TRAVEL



## 3. Angelina Jolie – Maleficent



### RECENT



**Sexy Girls of Marijuana Day!**



**Sexy Easter with Kate Upton and Doutzen Kroes**

### LINKS



**What a Beautiful Girl Wants: Noel Leon**



**45 Insta-Hot Pics of Ashley Ortiz**

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 08:56:45  Display Size: 590x465px



15 of 21 images







RECENT

Sexy Girls of Marijuana Day!

Sexy Easter with Kate Upton and Doutzen Kroes

LINKS

What a Beautiful Girl Wants: Noel Leon

I finally got around to seeing writer/dire
the weekend. It's dark, creepy, sexy and
to delve into an in-depth discussion abo
but let's face facts. The main reason wh
this flick out is the full-on lesbian action
Portman and Mila Kunis. It's tremendous
both young actresses for having the guts
beautiful. So, why not celebrate their h

4 of 21 images

Modified: 25 Apr 2017  Screenshot: 25 Apr 2017 09:47:51





12 of 20 images

GUNAXIN   SPORTS   HUMOR   MEDIA   MOTORS   GADGETS   GRUB   TRAVEL

## 1. Katherine Heigl



Heigl started at age nine as a model before breaking into films in smaller roles. Her real breakthrough, however, was her role on the teen cult hit **Roswell**. It introduced her to a younger audience and got her noticed in Hollywood circles. After Roswell was cancelled, she took a role on the uber-popular medical drama **Grey's Anatomy**. In a weird twist, her characters on **Roswell** and Grey's both are named Isabel (although spelled differently). Heigl won a Emmy last year for her work on Grey's and also broke out in movies with her role in the Apatow helmed comedy **Knocked Up**. Her choice for number one on this list may be a bit boring due to the fact she's already sewing the seeds of a Hollywood breakout. However, she can't be ignored and seems primed to become a major star very soon (and she's nearly already there).

**Major Television Roles: Roswell**, Isabel Evans (1999-2002); **Grey's Anatomy**, Dr. Isobel 'Izzie' Stevens (2005-present)

**Select Filmography:** In addition to **Knocked Up**, Heigl starred this year in the modest hit **27 Dresses**. She also starred in **The Ringer**, a Johnny Knoxville comedy about pretending to be retarded that has a surprising amount of heart to it.

**Upcoming Project: The Ugly Truth**, where Heigl stars as a romantically challenged morning show producer who gets caught up in a series of outrageous tests by her chauvinistic correspondent, played by Gerard Butler.

Modified: 12 Jan 2018 Screenshot via historic correspondent

## RECENT



**Ten Odd Celebrity Cameos in Movies**



**Ten Cool Songs About the Cold**

## LINKS



**Karen Gillan's Controversial 'Jumanji' Costume Explained**



**Animaniacs & Pinky and the Brain Reboots**



169 of 176 images





Modified: 12 Jul 2014  Screenshot: 18 Oct 2016 16:02:45





girls.gunaxin.com/wp-content/uploads/gallery/alana-blanchard/alana-blanchard-52.jpg



©Damea Dorsey
Photography



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 13:47:19





©Damea Dorsey
Photography

Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 13:46:36

girls.gunaxin.com/wp-content/uploads/gallery/charlotte-mckinney/charlotte-mckinney-78.jpg



Modified: 30 Jan 2015   Screenshot: 18 Oct 2016 15:39:31

girls.gunaxin.com/wp-content/uploads/gallery/charlotte-mckinney/charlotte-mckinney-13.jpg

Search



Modified: 30 Jan 2015   Screenshot: 05 Jul 2017 19:00:18



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 19:00:39



Modified: 30 Jan 2015   Screenshot: 05 Jul 2017 18:55:55



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:58:04





Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:56:38

girls.gunaxin.com/wp-content/uploads/gallery/charlotte-mckinney/charlotte-mckinney-49.jpg

Search



Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:57:00







Modified: 30 Jan 2015  Screenshot: 05 Jul 2017 18:59:22

girls.gunaxin.com/wp-content/uploads/gallery/carmen-electra/carmen_electra_021.jpg



Modified: 12 Jul 2014  Screenshot: 18 Apr 2017 19:54:09



Modified: 12 Jul 2014  Screenshot: 18 Apr 2017 19:54:54



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:46:23



girls.gunaxin.com/wp-content/uploads/gallery/portman-kunis/kunis-18.jpg

Search



Modified: 12 Jul 2014   Screenshot: 25 Apr 2017 09:44:00

Case 1:18-cv-03462-GLR   Document 20-1   Filed 04/19/19   Page 102 of 107



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:44:58



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:43:06

kunis-0.jpg (JPEG Image, 346 × 569 pixels) - Mozilla Firefox
kunis-0.jpg (JPEG I...
Case 1:18-cv-03462-GLR   Document 20-1   Filed 04/19/19   Page 104 of 107

girls.gunaxin.com/wp-content/uploads/gallery/portman-kunis/kunis-0.jpg

Search



Modified: 12 Jul 2014  Screenshot: 25 Apr 2017 09:42:45





