UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO.:  1:18-cv-03462-GLR

LICKERISH, LTD., et al.

      Plaintiffs,

v.

GUNAXIN MEDIA LLC,

      Defendant.

**DECLARATION OF JOEL B. ROTHMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST GUNAXIN MEDIA, LLC**

I, Joel B. Rothman, declare as follows:

    1.    I am an attorney admitted *pro hac vice* to practice before this Court, and I am counsel for Plaintiff LICKERISH, LTD. ("Plaintiff") in the above-captioned matter.  I make this Declaration, which is filed in support of Plaintiff's Motion for Defaul. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

    2.    On February 1, 2019, Gunaxin was served with the Summons and a copy of the Complaint by personal service, by serving the Maryland State Department of Assessments and Taxation pursuant to Rule 2-124 of the Maryland Rules of Civil Procedure, at 301 West Preston Street, Baltimore, Maryland, 21201.  Attached as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Gunaxin was served by personal service with its Summons and a copy of the Complaint.

3.      Defendant's deadline to respond to the complaint was September 10, 2018, calculated as 21 days after service was completed on August 20, 2018. *See* Fed. R. Civ. P. 12(a). Defendant has not responded to the complaint or otherwise appeared in this matter.

4.      My office caused a copy of Plaintiff's Motion for Clerk's Entry of Default (DE 14), and the Court's subsequent Notice of Default (DE 15 and 16) to be delivered to Defendant on February 27, 2019 at its current address for service of process in Maryland, at 1609 Highbridge Court, Hanover, MD 21076.

5.      Defendant undoubtedly received the Notice of Default and associated papers. Defendant called Plaintiff's counsel of February 27, 2019 and left a message, but was unresponsive to return phone calls.  Additionally, Defendant's principal filed a Pro Se Motion to Vacate the Default (DE 17), which was entered on March 16, 2019, and returned by the Court as an inappropriate Pro Se filing on April 5, 2019 (DE 18).  Defendant has made no further attempts to appear in this case, or otherwise contact Plaintiffs or their counsel.

6.      SRIPLAW, P.A. ("SRIPLAW") generates billing summaries on a regular basis, which include billing times, work descriptions, and costs paid by the firm to third parties on behalf of the firm's clients.  My colleagues and I adhered to SRIPLAW's billing procedures in tracking and entering the costs paid by the firm in connection with this matter.  Attached as **Exhibit 2** is a true and correct copy of from the billing summary for this matter, which reflect the fees and costs that SRIPLAW has incurred.  As Exhibit 2 shows, in total, Plaintiff has incurred Seven Hundred Twelve Dollars and Sixty-six Cents ($712.66) in costs in connection with litigating this case against Defendant.

7.      My hourly rate in this case is $475 per hour which is a reasonable rate for an managing partner of my experience.

8. My Paralegal Jamie James has a billing rate of $175 per hour which is reasonable rate for a paralegal of her experience.

9. My Investigator Kimberly Abajian has a billing rate of $175 per hour which is reasonable rate for an investigator of her experience.

10. These fees are reasonable because they reflect the market rate for services of similar quality in the local area.

11. As Exhibit 2 shows, in total, Plaintiff has incurred Five Thousand Six Hundred and Ten Dollars ($5,610.00) in attorneys fees in connection with litigating this case against Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of April 2019, at Boca Raton, Florida.

/s/Joel B. Rothman
Joel B. Rothman

Case 1:18-cv-03462-GLR   Document 14-2   Filed 02/26/19   Page 1 of 4

# Exhibit A

Case 1:18-cv-03462-GLR   Document 4   Filed 11/09/18   Page 1 of 2
Case 1:18-cv-03462-GLR   Document 20-2   Filed 04/19/19   Page 5 of 10
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| LICKERISH LTD., ET AL. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-cv-3462 GLR |
| GUNAXIN MEDIA LLC | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GUNAXIN MEDIA, LLC
Serve on Resident Agent:
Phillip Van Der Dossen
1609 Highbridge Court
Hanover, Maryland 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric N. Stravitz
4300 Forbes Boulevard
Suite 100
Lanham, Maryland 20706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/09/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-3462 GLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gunaxin Media, LLC

was received by me on *(date)* 11/29/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Ella Mc Daniel , who is designated by law to accept service of process on behalf of *(name of organization)* Gunaxin Media, LLC on *(date)* 2/1/19 3:00p ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/1/19

Server's signature

Ian Green
Printed name and title

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

Server's address

Additional information regarding attempted service, etc:
Service documents included Summons and Complaint for Copyright Infringement, Civil Cover Sheet, and Exhibits 1-4.

Recipient is Authorized Representative of the Maryland State Department of Assessments and Taxation. Served in duplicate with a $50.00 fee pursuant to Rule 2-124, Maryland Rules of Civil Procedure at 301 W. Preston St., Baltimore, MD 21201

1/29/2019        001.jpg

Case 1:18-cv-03462-GLR Document 20-2 Filed 04/19/19 Page 7 of 10
Case 1:18-cv-03462-GLR Document 14-2 Filed 02/20/19 Page 3 of 4

## RETURN OF DUE DILIGENCE

State of Maryland      County of      United States District Court

Case Number: 1:18-CV-3462 GLR

Plaintiff:
**Lickerish LTD., et. al.**

vs.

Defendant:
**Gunaxin Media LLC**

Received by Washington Pre-Trial Services on the 6th day of December, 2018 at 12:41 pm to be served on Gunaxin Media LLC, 1609 Highbridge Court, Hanover, MD 21076.

I, Norman Burns, do hereby affirm that on the **12th day of January, 2019 at 11:50 am, I:**

**NON-SERVED** the **Summons and Complaint, Civil Cover Sheet and Exhibits.** After due search, careful inquiry and diligent attempts was unable to serve on **Gunaxin Media LLC** for the reasons detailed in the comments below.

Additional Information pertaining to this Service:
12/12/2018  2:20 pm  Attempted Service. No answer, vehicle in driveway
12/13/2018  6:45 pm  Attempted Service. No answer, vehicle in driveway
12/22/2018  11:25 am  Attempted Service. No answer, 2 vehicles in driveway
1/12/2019  11:50 am  Attempted Service. No answer, vehicle in driveway

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Norman Burns
Process Server

Washington Pre-Trial Services
4626 Wisconsin Avenue Nw
#300
Washington, DC 20016
(202) 887-0700

Our Job Serial Number: JIM-2018001445
Ref: 62680

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0k

# Exhibit B

## SRIPLAW, P.A.

21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com
Tel: (561) 404-4350
Fax: (561) 404-4353
Tax ID: 83-0785474

---

| Submitted to: | Gunaxin Media | Invoice 32158 |
|---|---|---|
| Lickerish, LTD | Our ref: 00355-0003 | April 19, 2019 |

Items through April 19, 2019

### Professional Services

| Date | Who | Matter | Description | Hours | Total |
|---|---|---|---|---|---|
| 1/23/2018 | KAA | 00355-0003 | Investigate address for purpose of demand or suit on infringement | 1.00 | 175.00 |
| 1/31/2018 | JBR | 00355-0003 | Reviewed and edited demand letters and reviewed case file | 0.50 | 237.50 |
| 2/1/2018 | JBR | 00355-0003 | Reviewed email regarding demand letter | 0.10 | 47.50 |
| 3/15/2018 | JBR | 00355-0003 | Reviewed email regarding case status | 0.10 | 47.50 |
| 3/29/2018 | JBR | 00355-0003 | Reviewed follow up letter | 0.10 | 47.50 |
| 6/21/2018 | JBR | 00355-0003 | Review and revise draft complaint; further complaint drafting and review of exhibits to prepare for filing. | 2.00 | 950.00 |
| 6/22/2018 | JBR | 00355-0003 | Review client documents regarding assignments and other client documents to prepare complaint. | 1.50 | 712.50 |
| 8/9/2018 | JCJ | 00355-0003 | Revise Complaint.  Draft Exhibit 1. | 1.50 | 262.50 |
| 8/10/2018 | JCJ | 00355-0003 | Revise Complaint and prepare Exhibit 1. | 2.00 | 350.00 |
| 10/18/2018 | JCJ | 00355-0003 | Finalize Complaint and exhibits.  Send to Eric Stravitz. | 0.30 | 52.50 |
| 11/29/2018 | JCJ | 00355-0003 | Draft Motion for Admission PHV and email to local counsel. | 0.20 | 35.00 |
| 1/23/2019 | JBR | 00355-0003 | Review file history of Gunaxin infringement and email exchange with Local Counsel re service issues. | 0.50 | 237.50 |
| 2/26/2019 | JCJ | 00355-0003 | Finalize and file Motion for Entry of Clerk's Default. | 0.10 | 20.00 |
| 2/26/2019 | JCJ | 00355-0003 | Draft Motion for Entry of Clerk's Default. | 0.30 | 60.00 |
| 2/26/2019 | JBR | 00355-0003 | Review Motion for Entry of Clerk's Default and supporting declaration | 0.50 | 237.50 |
| 4/5/2019 | JBR | 00355-0003 | Review OTSC requiring filing and service of motion for final default judgment; begin preparing motion. | 1.00 | 475.00 |
| 4/19/2019 | JBR | 00355-0003 | Prepare final default judgment and exhibits; obtain client declaration. | 3.50 | 1,662.50 |
| | | | **Professional Services** | **15.20** | **$5,610.00** |

### Additional Charges

| Date | Who | Matter | Description | Total |
|---|---|---|---|---|
| 2/1/2018 | KA | 00355-0003 | Disbursement to courier for shipment of documents | 21.66 |
| 2/22/2019 | NL | 00355-0003 | Disbursement to Co-Counsel for Complaint Filing fee, Motion for Admission Pro Hac Vice filing fee, Service of process - Stravitz Law Fim | 691.00 |

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com
Tel: (561) 404-4350
Fax: (561) 404-4353
Tax ID: 83-0785474

| | |
|---|---|
| **Additional Charges** | **$712.66** |
| **Total Professional Services and Additional Charges** | **$6,322.66** |

## Timekeeper Summary

| Who | Role | Full Name | Hours | Rate | | Total |
|---|---|---|---|---|---|---|
| JCJ | Paralegal | Jamie C. James | 4.40 | 183.33 | 177.27 | 780.00 |
| JBR | Partner | Joel B. Rothman | 9.80 | 475.00 | | 4,655.00 |
| KAA | Investigator | Kimberly A. Abajian | 1.00 | 175.00 | | 175.00 |

**Please Pay This Amount:**   $6,322.66

**Payment Terms:**   DUE ON RECEIPT

**Payment Instructions:**
JPMORGAN CHASE BANK, N.A.
10815 Jog Road, Boynton Beach, FL 33437
ACCT # 298668028
ABA#267084131
SWIFT CODE FOR INTERNATIONAL WIRES: CHASUS33
F/B/O SRIPLAW,PA