IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LICKERISH, LTD., ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-18-3462 |
| GUNAXIN MEDIA, LLC | * | |
| Defendant. | * | |
| | * | |

***

# ORDER

Pending before the Court is Plaintiffs' Motion to Compel. (ECF No. 24). The Court previously granted default judgment against Defendant Gunaxin Media, LLC, but the judgment remains unsatisfied. (Mot. Compel at 1, ECF No. 24). Plaintiffs thus seek discovery to aid in obtaining the money judgment. (Id.). Specifically, Plaintiffs seek to compel Gunaxin, through its officer, Philip Van der Vossen, to answer written interrogatories and for the Court to deem the requests for admission admitted. (Id. at 4). Plaintiffs also seek attorney's fees and costs for the Motion as a sanction on Van der Vossen for failing to respond to the discovery requests. (Id. at 5). The Court notes that the Motion is not fully briefed; Van der Vossen attempted to file an Opposition, but the filing was returned to him because Van der Vossen is not an attorney and he is therefore prohibited from representing Gunaxin Media under Local Rule 101(a). (See Return Document Order, ECF No. 25).

The Court will grant the Motion regarding the interrogatories and requests for admission. The discovery requests are proper under Federal Rule 69(a)(2), and Plaintiffs properly served Van der Vossen as Gunaxin's officer. (<u>See</u> Mot. Compel at 2). The Court will use its discretion the deny the request for sanctions given that Van der Vossen is not an attorney and he may have been unaware of his obligations to respond to discovery requests under Federal Rule 69.

Accordingly, it is this 5th day of April, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that Plaintiffs' Motion to Compel (ECF No. 24) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED as to the interrogatories and the requests for admissions. Van der Vossen shall ANSWER the interrogatories in compliance with the Federal and Local Rules and the requests for admissions are ADMITTED;

IT IS FURTHER ORDERED that the Motion to Compel is DENIED to the extent it seeks sanctions against Gunaxin Media or Van der Vossen; and

IT IS FURTHER ORDERED that this case shall remain CLOSED.

_____/s/_____<br>
George L. Russell, III<br>
United States District Judge