IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LICKERISH, LTD., ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-18-3462 |
| GUNAXIN MEDIA, LLC | * | |
| Defendant. | * | |
| | * | |

***

# **ORDER**

On July 11, 2023, Magistrate Judge Coulson issued a Letter Order and Opinion and concluded that Philip Van der Vossen, Defendant Gunaxin Media, LLC's ("Gunaxin") officer, should not be held in contempt for failing to answer interrogatories. (July 11, 2023 Letter Order at 1, ECF No. 32). Van der Vossen had previously refused to provide his personal tax returns in response to an interrogatory that requested Gunaxin's tax returns because he claims that Gunaxin is a "disregard entity" and "Single Member LLC." (Id. at 2). Judge Coulson found that Van der Vossen had properly responded to the interrogatories as Gunaxin's officer. (Id. at 3). Plaintiffs believe that Gunaxin's status as a disregarded entity means that they are entitled to Van der Vossen's personal tax returns, and they appealed Judge Coulson's Letter Order. (ECF No. 33). There is some case law to support their position. See A+ Gov't Sols., LLC v. Comptroller of Md., 272 A.3d 882, 896, (Md.App. 2022), cert. denied sub nom. Comptroller of Maryland v. A+ Gov't Sols., 278

A.3d 764 (Md.App. 2022) (stating that a sole member LLC is a disregarded entity and its gains and losses are included on its owner's tax return).

The Court will convene a show cause hearing on December 12, 2023 at 9:30 a.m. Although Van der Vossen has not been able to represent Gunaxin because he is not an attorney, he does have standing as an individual to argue that Plaintiffs are not entitled to his personal tax returns. Therefore, Plaintiffs shall serve a copy of this Order, together with Judge Coulson's Letter Order and Plaintiffs' Appeal, on Van der Vossen and he shall attend the hearing and have the opportunity to explain why he should not be compelled to produce his personal tax returns.

Accordingly, it is this 20th day of October, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that Plaintiffs shall SERVE Van der Vossen with a copy of this Order, Judge Coulson's Letter Order, and their Appeal within 21 days of this Order and shall FILE proof of service. Plaintiffs shall serve Van der Vossen according to the Federal Rules of Civil Procedure and the Local Rules; and

IT IS FURTHER ORDERED that if Van der Vossen fails to appear at the hearing, the Court may order him to produce his personal tax returns.

_____/s/_____
George L. Russell, III
United States District Judge