November 14, 2023

The Honorable George Levi Russell, III
United States District Court for the District of Maryland
101 West Lombard Street Baltimore, MD 21201

Civil Action No. 1:18-cv-03462-GLR

Dear Judge Russell,

Thank you for your consideration in this matter. As a response to Mr. Culpepper's most recent arguments :

1) Maryland will work assuming I can participate remotely
2) Despite Mr. Culpepper's offer for me to avoid the hearing by waiving my rights. I'd prefer to participate remotely.
3) I have just a few points of contention :
    - (4) - I sent a letter partially in regards to this matter on May 31st after a series of back and forth with Mr. Culpepper by email when I was made aware of the implication of this decision, however the letter was not permitted by the court.
    - (5) - Yes, I admit that I chose not to respond to the first request for discovery, under the unpaid advice of a friend who is a lawyer. He had informed me that the Plaintiff would need to make multiple requests and then win a motion to compel before I really needed to answer them. As I stated, I did not understand the intended meaning of the word, "admitted" at that time, and my friend did not inform me to that fact.
    - (5) - The Plaintiff's attorneys sending me threats via email is a very common occurrence in this case and Mr. Culpepper informing me he was going to file a motion to compel does nothing to change what I understood that to mean. His advice to contact MD Legal Aid is a red herring, as I did contact them, and was informed that they do not represent businesses. They represent individuals who are living in poverty which isn't applicable.
    - (6) - In this context, "Publishing an Entertainment Blog" was meant to refer to my overall role as a Publisher of the site. Gunaxin. I am not admitting to personally publishing the infringing photographs because in fact I did NOT personally write any of the posts in question, nor did I edit them or physically hit the publish button to make them public on the site.
    - (6) - As previously stated, I sent a letter on May 31st when I understood the implications of the court's order. I am not a lawyer, I have no idea what the deadline was to file an appeal, in fact I did extensive research and couldn't find any information suggesting that I was able to appeal that type of decision.

The points above may or may not be relevant, but I feel like if I just let them go unanswered, that in the future Mr. Culpepper will state that I missed my chance to argue them, and that everything he types that I don't pay a lawyer to disagree with officially somehow becomes fact.

Thank you for your continued patience and consideration in this matter.


Respectfully Submitted,

*[signature]*

Philip Van der Vossen

Former Owner of Gunaxin Media LLC

P.O. Box 1432

Murrells Inlet, South Carolina 29576